UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| DANIEL LEE WILLIAMS, | ) | |
| Movant, | ) | |
| v. | ) | Case No. CV616-077 |
| | ) | CR614-015 |
| UNITED STATES OF AMERICA | ) | |
| Respondent. | ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Upon the foregoing, the Court CLOSES this civil action.

SO ORDERED this 21st day of October, 2016.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA